**SO ORDERED.**

**SIGNED this 16 day of August, 2010.**

_____
**ROBERT E. LITTLEFIELD, JR.**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

```
                  UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------
In Re: JAMES M              JOHNSON          ORDER DETERMINING VALUE
       66 OAK BROOK COMMON
       CLIFTON PARK NY                        CASE #10-11594
                              12065
_____
```

Upon consideration of the Trustee's Notice of Intent to Determine
Value, and after a hearing on notice to the debtor, debtor(s)'
attorney, and UPSTATE COLLECTION        and there being no opposition
thereto or if opposition filed, following conclusion of a hearing
on August 12, 2010

It is hereby ORDERED that:

UPSTATE COLLECTION          collateral in this case, as referred to
in the debtor(s)' petition and schedules, is hearby found to have
a value of  2,300.00 , with an interest rate of   5.00 %, and further

Ordered that any proof of claim filed subsequent to the above
valuation hearing be deemed disallowed as a secured claim to
the extent that it does not conform with the value as determined
by this Court, and it is further

Ordered that UPSTATE COLLECTION          release any lien securing
said collateral upon completion of the repayment of the value of
said collateral as determined by the court.

0003

                              ###