```
                     ANDREA E. CELLI
                 CHAPTER 13 STANDING TRUSTEE
```

TO: JAMES M & DARLENE M JOHNSON
    66 OAK BROOK COMMON
    CLIFTON PARK NY                     CASE NO.: 10-11594
    12065

    MICHAEL J. O'CONNOR, ESQ.
    % O'CONNOR, O'CONNOR, ETAL
    20 CORPORATE WOODS BLVD
    ALBANY, NY
    12211

                     NOTICE OF CLAIMS FILED

   FOLLOWING IS A LIST OF ALL CLAIMS FILED IN THE ABOVE
REFERENCED CHAPTER 13 BANKRUPTCY CASE.  A COPY OF THIS REPORT
HAS BEEN SENT TO THE DEBTOR AND THE DEBTOR'S ATTORNEY.

| NAME/ACCT NO. | TYPE | CLAIM AMT | INTEREST |
|---|---|---|---|
| FIRST NAT'L BK OF SCOTIA<br>6857697800 | SECURED | .00 | .00 % |
| FIRST NAT'L BK OF SCOTIA<br>6857697800 | UNSECURED | .00 | .00 % |
| UPSTATE COLLECTION<br>02 FORD ESPLORER | VEHICLE CL | 2,300.00 | 5.00 % |
| UPSTATE COLLECTION<br>02 FORD EXPLORER | UNSECURED | .00 | .00 % |
| NYS DEPT OF TAX & FIN<br>8613/7740 | PRIORITY | 4,668.72 | 5.00 % |
| UNITED STATES TREASURY<br>8613 | SECURED | 3,826.16 | 4.00 % |
| NYS DEPT OF TAX & FIN<br>8613/7740 | UNSECURED | 18,265.00 | .00 % |
| COMMUNITY RESOURCE FCU<br>8961/14589-00/SAVING | SECURED | 536.53 | .00 % |
| FIRST NATIONAL BANK OF SC | UNSECURED | .00 | .00 % |
| INTERNAL REVENUE SERVICE | UNSECURED | .00 | .00 % |

| Creditor | Type | Amount | Rate |
|---|---|---:|---:|
| PREFERRED CASH LOANS | UNSECURED | .00 | .00 % |
| LTD FINANCIAL | UNSECURED | .00 | .00 % |
| THE HUME GROUP | UNSECURED | .00 | .00 % |
| N/S CASH ADVANCE | UNSECURED | .00 | .00 % |
| NATIONAL GRID 7740 | UNSECURED | 880.27 | .00 % |
| NBT BANK 1371 | UNSECURED | 149.98 | .00 % |
| NIAGARA MOHAWK FCU | UNSECURED | .00 | .00 % |
| NYS TAX & FINANCE | UNSECURED | .00 | .00 % |
| ONE CLICK CASH | UNSECURED | .00 | .00 % |
| PINNACLE CREDIST SERVICES ES | UNSECURED | .00 | .00 % |
| SAMARITAN HOSPITAL CREDIT | UNSECURED | .00 | .00 % |
| SETON HEALTH SYSTEM | UNSECURED | .00 | .00 % |
| STATE FARM CREDIT UNION | UNSECURED | .00 | .00 % |
| TRUSTCO BANK | UNSECURED | .00 | .00 % |
| UNITED CASH LOANS | UNSECURED | .00 | .00 % |
| BUREAU OF COLLECTION RECO | UNSECURED | .00 | .00 % |
| VERIZON BANKRUPTCY 0530 | UNSECURED | 131.95 | .00 % |
| VERIZON WIRELESS 6502802699500 | UNSECURED | .00 | .00 % |
| NBT BANK 2626 | UNSECURED | 219.34 | .00 % |

| | | | |
|---|---|---|---|
| GE MONEY BANK | NOTICE ONL | .00 | .00 % |
| UNITED STATES TREASURY 8613 | PRIORITY | 7,908.76 | .00 % |
| UNITED STATES TREASURY 8613 | UNSECURED | 89,675.49 | .00 % |

                             TOTALS

TOTAL PRIORITY: $   12,577.48        DEBTORS MONTHLY PAYMENT

TOTAL SECURED : $    6,662.69        $    477.00   MONTHLY

TOTAL UNSEC.  : $  109,322.03

TOTAL FILED   : $  128,562.20

----------------------------------------------------------------
    This Notice of Claims Filed is being sent to you at this time since the time for creditors to file a Proof of Claim has expired.  Pursuant to 11 U.S.C. 502(a), the claims noted above are deemed allowed unless an objection is made by the debtor or other parties interested.  Distribution will be remitted to each creditor based on the filed claim amount unless you or your attorney files a written objection with the Court AND the Trustee within 90 days from the date of this notice.  All written objections must be in compliance with Rule 9014 which mandates NOTICE OF MOTION form.

DATE: Apr 28, 2011                SIGNED: /s/ Andrea E. Celli
      --------------                      ----------------------
                          CERTIFICATION OF MAILING

The undersigned hereby certifies that a copy of this Notice was mailed this date to the debtor and the debtor's attorney.

DATE: Apr 28, 2011                SIGNED /s/ MEG DELLARATTA
      ---------------                     ---------------------